## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DONALD TRIMBLE,

               Plaintiff,

vs.

LELAND DUDEK, Acting
Commissioner of Social Security,

               Defendant.

8:23-CV-161

JUDGMENT

Pursuant to the memorandum and order entered this date, judgment is entered for plaintiff and against defendant providing that the plaintiff is awarded attorney fees in the amount of $31,131.00.

Dated this 1st day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge